# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER LEE PEARSON, | ) | 1:07-cv-0456-AWI-TAG HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. | ) | |
| L. E. SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **April 18, 2007**          **/s/ Theresa A. Goldner**
                                   UNITED STATES MAGISTRATE JUDGE