# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER LEE PEARSON, | ) | 1:07-cv-00456 AWI-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 6) |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| L.E. SCRIBNER, | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 10, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed for violation of the AEDPA's one-year limitation period.  (Doc. 6).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.  On April 29, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 7).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 10, 2008 (Doc. 6), is ADOPTED IN FULL;

2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 2, 2008**                              **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE